1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | Case No. 1:13cv01779 DLB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| M. McCABE, et al., | |
| Defendants. | |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action, filed on November 5, 2013.

Plaintiff is a prisoner with three-strikes under 28 U.S.C. § 1915(g). The Court has screened the complaint for purposes of 1915(g) and finds that, at this stage, it meets the imminent danger exception, which would allow Plaintiff to proceed in forma pauperis.[1] Plaintiff has not, however, filed an application to proceed in forma pauperis.

Accordingly, within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed. **No requests for**

---

[1] The Court has not yet screened the complaint to determine whether it states any claims for which relief may be granted.

1

**an extension will be granted without a showing of good cause**.  <u>**Failure to comply with this order will result in dismissal of this action**</u>.

IT IS SO ORDERED.

    Dated:  **December 18, 2013**          /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE