# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | ) 1:13-cv-1779 AWI DLB PC |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR RECONSIDERATION |
| vs. | ) (Document 19-1) |
| C. McCABE, et al., | ) |
| Defendants. | ) |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.[1] Plaintiff filed this action on November 5, 2013.

On October 29, 2014, the Court adopted the Magistrate Judge's Findings and Recommendations that this action go forward on certain claims, and that the remaining claims and Defendants be dismissed.

---

[1] Pursuant to Court order dated June 9, 2010, Plaintiff was deemed to be a prisoner with three strikes or more and therefore unable to proceed in forma pauperis. 28 U.S.C. § 1915(g). However, on December 19, 2013, the Court determined that Plaintiff met the imminent danger exception for purposes of 1915(g).

On November 5, 2014, Plaintiff filed a motion for reconsideration.[2]  The motion was signed on October 29, 2014, prior to Plaintiff's receipt of the order adopting the Findings and Recommendations.  It appears that Plaintiff is seeking to "reconsider" the Findings and Recommendations, even though he filed objections on October 9, 2014.

Plaintiff seeks reconsideration because his mental illness and associated symptoms caused him to overlook the "erroneous dismissal" of the due process and access to courts claim.  In support of his contention, Plaintiff makes the same arguments as he did in his objections.  The objections were considered and addressed by the Court in reviewing the Magistrate Judge's findings, and Plaintiff presents no new arguments and his motion is therefore DENIED.

IT IS SO ORDERED.

Dated:   November 15, 2014                           _____
                                                    SENIOR DISTRICT JUDGE

---

[2] Plaintiff's filing also included a request for the appointment of counsel and a medical expert.  These requests will be addressed by separate order.