# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C. McCABE, et al.,<br><br>　　　　Defendants. | ) 1:13cv01779 AWI DLB PC<br>)<br>)<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS AND DENYING<br>) PLAINTIFF'S MOTION FOR TEMPORARY<br>) RESTRAINING ORDER<br>)<br>) (Document 13, 14)<br>) |

　　　　Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.[1]  Plaintiff filed this action on November 5, 2013.

　　　　On July 24, 2014, Plaintiff filed a motion for a temporary restraining order.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 10, 2014, the Court issued Findings and Recommendations that the motion be denied.  Plaintiff did not file objections.

---

[1] Pursuant to Court order dated June 9, 2010, Plaintiff was deemed to be a prisoner with three strikes or more and therefore unable to proceed in forma pauperis.  28 U.S.C. § 1915(g).  However, on December 19, 2013, the Court determined that Plaintiff met the imminent danger exception for purposes of 1915(g).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Even though some Defendants have now been served, they had not appeared in the action at the time of Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 10, 2014 are ADOPTED in full; and

2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Document 14) is DENIED.

IT IS SO ORDERED.

Dated:   February 12, 2015                    _____
                                              SENIOR DISTRICT JUDGE