IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN E. RANSOM,** | Case No. 1:13-cv-01779-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT |
| v. | |
| **C. McCABE, et al.,** | (Document 32) |
| Defendants. | |

The Court, having considered Defendant's request for an extension of time to respond to Plaintiff's First Amended Complaint, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants will have fourteen days after a decision on their pending motion to dismiss within which to file an answer.

IT IS SO ORDERED.

    Dated:  **February 17, 2015**           /s/ *Dennis L. Beck*
                                                                                 UNITED STATES MAGISTRATE JUDGE