1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>            Plaintiff,<br><br>      vs.<br><br>C. McCABE, et al.,<br><br>            Defendants. | )  1:13cv01779 AWI DLB PC<br>)<br>)<br>)  ORDER ADOPTING FINDINGS AND<br>)  RECOMMENDATIONS AND DENYING<br>)  DEFENDANTS' MOTION TO DISMISS<br>)  WITHOUT PREJUDICE<br>)<br>)  (Document 41)<br>) |

18
19
        Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed this action on November 5, 2013.

20
21
22
23
        On February 13, 2015, Defendants filed a motion to dismiss the majority of state law claims for failure to allege compliance with the California Government Claims Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

24
25
26
        On September 2, 2015, the Court issued Findings and Recommendations that Defendants' motion be denied without prejudice.  The parties were advised that objections were to be filed within thirty days of the date of service of this order.  No objections have been filed.

27
///
28
///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed September 2, 2015, are ADOPTED in full;

2.    Defendants' motion to dismiss the state law claims is DENIED WITHOUT PREJUDICE; and

3.    Defendants SHALL file a responsive pleading within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   October 22, 2015

_____

SENIOR  DISTRICT  JUDGE