1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    BRYAN E. RANSOM                        Case No. 1:13-cv-01779-DAD-DLB PC

12                   Plaintiff,              **ORDER EXTENDING DISCOVERY AND**
                                             **SCHEDULING ORDER TO DEFENDANT**
13         v.                                **GILL**

14    STROME, et al.,

15                   Defendants.

16

17         Plaintiff Bryan E. Ransom is a prisoner proceeding pro se and in forma pauperis in this civil

18    rights action.

19         The Court issued a Discovery and Scheduling Order on November 10, 2015.  At the time, not

20    all Defendants had appeared in this action.

21         Defendant Gill filed an answer on January 15, 2016.  Accordingly, the Court EXTENDS

22    application of the Discovery and Scheduling Order to Defendant Gill.  The parties SHALL exchange

23    initial disclosures within thirty (30) days of the date of service of this order.

24

25    IT IS SO ORDERED.

26    Dated:   __January 19, 2016__              _____ /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE
27

28

                                              1