# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM | Case No. 1:13-cv-01779-DAD-DLB PC |
| Plaintiff, | **ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT HERRERA** |
| v. | |
| STROME, et al., | |
| Defendants. | |

Plaintiff Bryan E. Ransom is a prisoner proceeding pro se and in forma pauperis in this civil rights action.

The Court issued a Discovery and Scheduling Order on November 10, 2015.  At the time, not all Defendants had appeared in this action.

Defendant Herrera filed an answer on February 8, 2016.  Accordingly, the Court EXTENDS application of the Discovery and Scheduling Order to Defendant Herrera.  The parties SHALL exchange initial disclosures within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 9, 2016**                    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1