1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
## EASTERN DISTRICT OF CALIFORNIA

10

11
BRYAN E. RANSOM

12
                    Plaintiff,

13
        v.

14
STROME, et al.,

15
                    Defendants.

16

Case No. 1:13-cv-01779-DAD-DLB PC

**ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT STROME**

17
        Plaintiff Bryan E. Ransom is a prisoner proceeding pro se and in forma pauperis in this civil

18
rights action.

19
        The Court issued a Discovery and Scheduling Order on November 10, 2015.  At the time, not

20
all Defendants had appeared in this action.

21
        Defendant Strome filed an answer on February 22, 2016.  Accordingly, the Court EXTENDS

22
application of the Discovery and Scheduling Order to Defendant Strome.  The parties SHALL

23
exchange initial disclosures within thirty (30) days of the date of service of this order.

24

25
IT IS SO ORDERED.

26
    Dated:   __**February 23, 2016**__            _____ /s/ *Dennis L. Beck*

27
                                        UNITED STATES MAGISTRATE JUDGE

28

1