# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>      Plaintiff,<br><br>    vs.<br><br>McCABE, et al.,<br><br>      Defendants. | 1:13-cv-01779-DAD-GSA-PC<br><br>ORDER REQUESTING CLARIFICATION BY DEFENDANTS WITHIN THIRTY DAYS |

      Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 5, 2013. (ECF No. 1.) The case now proceeds with the First Amended Complaint filed on July 10, 2014, against eighteen defendants: C. McCabe, E. Clark, K. Gill, J. Sao, P. Rouch, D. Strome, R. Herrera, S. Dougherty, J. Kaiser, M. Brooks, E. Molina, G. Torres, Quillen, D. Riley, H. Rocha, W. Hayward, J. Faldon (Correctional Officer), and J. Faldon (Nurse) (collectively, "Defendants"). (ECF No. 10; also see ECF No. 18.)

      Two of the Defendants have the same name, J. Faldon. One of them is a correctional officer, and one of them is a nurse. The record is unclear whether both of these Defendants are

represented by defense counsel and have appeared in this case.  The court seeks clarification of this matter by Defendants.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Defendants shall file a written response clarifying whether both of the Defendants named J. Faldon are represented by defense counsel and have appeared in this case.

IT IS SO ORDERED.

Dated: **August 15, 2017**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE