# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>McCABE, et al.,<br><br>　　　　Defendants. | 1:13-cv-01779-DAD-GSA-PC<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY DOE DEFENDANTS SHOULD NOT BE DISMISSED FROM THIS CASE<br><br>TWENTY (20) DAY DEADLINE TO RESPOND |

　　　Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 5, 2013. (ECF No. 1.)

　　　The operative First Amended Complaint was filed on July 10, 2014. (ECF No. 10.) This case now proceeds with the First Amended Complaint against defendants C. McCabe, E. Clark, K. Gill, J. Sao, P. Rouch, D. Strome, R. Herrera, S. Dougherty, J. Kaiser, M. Brooks, E. Molina, G. Torres, Quillen, D. Riley, H. Rocha, W. Hayward, J. Faldon (Correctional Officer), and J. Faldon (Nurse), and Doe Defendants 1-40. Plaintiff has not identified any of the Doe Defendants by name or otherwise identified them sufficiently for service of process. Plaintiff shall be required to show cause why the Doe Defendants should not be dismissed from this action for Plaintiff's failure to identify them for service of process.

1

**ORDER TO SHOW CAUSE**

Based on the foregoing, IT IS HEREBY ORDERED that within twenty (20) days of the date of service of this order, Plaintiff is required to file a written response to this order, showing cause why the Doe Defendants should not be dismissed from this case based on Plaintiff's failure to identify them.

IT IS SO ORDERED.

Dated: **September 19, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE