# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>McCABE, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01779-DAD-GSA-PC<br><br>ORDER FOR PLAINTIFF TO SUBMIT COMPLETED USM-285 FORM WITHIN FOURTEEN DAYS |

Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 15, 2017, the court forwarded service documents to Plaintiff for completion and return to the court within thirty days. (ECF No. 87.) The documents included an original USM-285 form with carbon copies. On September 29, 2017, Plaintiff returned the service documents to the court, however Plaintiff failed to return the original USM-285 form, with carbon copies, to the court. Plaintiff shall be granted fourteen days in which to return the original USM-285 form.

Accordingly, **within fourteen (14) days** of the date of service of this order, Plaintiff is required to return the original USM-285 form to the court, pursuant to the court's order of September 15, 2017.

IT IS SO ORDERED.

　Dated:　**November 2, 2017**　　　　　　　　　／s／ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE