UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCCABE, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-01779-DAD-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING DEFENDANT BROOKS AND DOE DEFENDANTS FROM THIS ACTION<br><br>(Doc. Nos. 90, 92) |

Plaintiff Bryan E. Ransom is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the United States Magistrate Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2017, the magistrate judge issued findings and recommendations recommending that the claims against defendant Brooks be dismissed due to plaintiff's failure to respond to the court's order to show cause as to why defendant Brooks should not be dismissed from this action. (Doc. No. 90.) Then, on October 27, 2017, the magistrate judge issued findings and recommendations recommending that the Doe defendants be dismissed from this action, due to plaintiff's failure to respond to the court's order to show cause as to why the Doe defendants should not be dismissed due to plaintiff's failure to identify them for purposes of service of process. (Doc. No. 92.) The parties were permitted fourteen days in which to file objections to each of the findings and recommendations. The fourteen-day deadlines have expired, and no

| 1 | objections to either finding and recommendation have been filed.
| 2 |     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the court hereby orders that:

1. The findings and recommendations issued by the magistrate judge on September 29, 2017 (Doc. No. 90), are adopted in full;
2. The findings and recommendations issued by the magistrate judge on October 27, 2017 (Doc. No. 92), are adopted in full;
3. Defendant M. Brooks is dismissed from this action;
4. The Doe defendants are dismissed from this action;
5. The Clerk of Court is directed to reflect the dismissal of those defendants from this action on the court's docket; and
6. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 2, 2018**

                                                                UNITED STATES DISTRICT JUDGE