UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN E. RANSOM,

          Plaintiff,

    v.

C. MCCABE, et al.,

          Defendants.

No. 1:13-cv-01779-DAD-GSA

ORDER DISMISSING CASE

(Doc. No. 97)

On March 9, 2018, this court issued an order which noted, in part, that it appeared plaintiff may have abandoned the prosecution of this action. (*See* Doc. No. 97 at 4–5.) The court ordered plaintiff to file a written notice of his intent to proceed with this case within twenty-eight (28) days of service of the court's prior order. (*Id.*) No such notice has been filed by plaintiff, and the time in which to file this notice has passed. Therefore, the court will dismiss this case in its entirety, due to plaintiff's failure to prosecute and failure to obey a court order. Fed. R. Civ. P. 41(b); *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (noting courts "may act *sua sponte* to dismiss a suit for failure to prosecute"); *In re Phenylpropanolamine Prods. Liab. Litig.*, 460 F.3d 1217, 1227 (9th Cir. 2006) ("Rule 41(b) permits dismissal for failure of the plaintiff to prosecute or to comply with any order of court.").

IT IS SO ORDERED.

    Dated: __May 2, 2018__                                  

                                     UNITED STATES DISTRICT JUDGE